### LOZANO et ux. v. DEAN et al.
#### No. 10237.

Court of Civil Appeals of Texas. San Antonio.

Jan. 12, 1938.

David M. Stiles and Neil E. Beaton, both of San Antonio, for appellants.

H. D. Barrow and R. R. Smith, both of Jourdanton, for appellees.

MURRAY, Justice.

The parties having failed to file briefs herein, this appeal will be dismissed for want of prosecution.

SLATTON, J., disqualified and not sitting.